AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COHN, AVERN L. | U.S. DISTRICT COURT-MICHIGAN | 05/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

219 FEDERAL BUILDING
AND U.S. COURTHOUSE
DETROIT, MICHIGAN 48226

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INTEL CORP | D | Dividend | M | T | | | | | |
| 2. PROCTER & GAMBLE (FORMERLY GILLETTE) | A | Dividend | K | T | | | | | |
| 3. ROYAL DUTCH PETROLEUM | D | Dividend | L | T | | | | | |
| 4. SCHLUMBERGER, LTD. | C | Dividend | M | T | | | | | |
| 5. KIMBERLY CLARK | C | Dividend | M | T | | | | | |
| 6. WALT DISNEY CO. | B | Dividend | M | T | | | | | |
| 7. QUALCOMM INC | C | Dividend | M | T | | | | | |
| 8. BOEING | D | Dividend | M | T | | | | | |
| 9. WILLIAMS COMPANIES INC | B | Dividend | | | Sold | 08/19/16 | K | A | |
| 10. ARCHER DANIELS MIDLAND | B | Dividend | L | T | | | | | |
| 11. RAYTHEON NEW | C | Dividend | M | T | | | | | |
| 12. JOHNSON & JOHNSON | C | Dividend | M | T | | | | | |
| 13. PEPSICO | B | Dividend | M | T | | | | | |
| 14. LOCKHEED MARTIN | C | Dividend | M | T | | | | | |
| 15. TIVO CORP, FORMERLY ROVI CORP | | None | | | Donated | | | | |
| 16. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | B | Dividend | L | T | | | | | |
| 17. ISHARES TR S&P MIDCAP 400/BARRA VAL | D | Dividend | N | T | Donated (part) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES S&P MIDCAP 400/BARRA GR IDX | D | Dividend | N | T | Donated (part) | | | | |
| 19. BAXTER INTL | A | Dividend | L | T | | | | | |
| 20. EMCOR GROUP INC. | A | Dividend | M | T | | | | | |
| 21. PRAXAIR INC | C | Dividend | M | T | | | | | |
| 22. THE HOWARD HUGHES CORP | | None | N | T | Donated (part) | | | | |
| 23. ROUSE PROPERTIES INC. | A | Dividend | | | Sold | 07/06/16 | M | F | |
| 24. ISHARES TR MSCI EMERGING MKTS INDX FUND | B | Dividend | M | T | | | | | |
| 25. ISHARES RUSSELL 2000 GROWTH INDX FUND | B | Dividend | M | T | | | | | |
| 26. CHUBB CORP | | None | | | Sold | 01/15/16 | M | G | |
| 27. CHUBB LTD | | None | M | T | Buy | 01/13/16 | L | | |
| 28. IBM | C | Dividend | M | T | | | | | |
| 29. CHEMICAL FINANCIAL CORP-FKA TALMER BANCORP-VIA MERGER | A | Dividend | K | T | | | | | |
| 30. BAXALTA | A | Dividend | | | Sold | 06/03/16 | L | F | |
| 31. GRAHAM HOLDINGS CO | A | Dividend | L | T | | | | | |
| 32. CABLE ONE INC | A | Dividend | L | T | | | | | |
| 33. CHEVRON CORP | C | Dividend | L | T | | | | | |
| 34. PIONEER NAT RES CO | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CELGENE CORP | | None | M | T | Buy | 02/22/16 | M | | |
| 36. JOHN HANCOCK FDS-INTL GROWTH | B | Dividend | | | Buy | 06/27/16 | M | | |
| 37. | | | | | Buy (add'l) | 08/19/16 | M | | |
| 38. | | | | | Sold | 12/19/16 | M | A | |
| 39. ISHARES MSCI EX-JAPAN INDEX FD | C | Dividend | M | T | | | | | |
| 40. DODGE & COX INTL FUND | D | Dividend | N | T | | | | | |
| 41. JP MORGAN TAX AWARE REAL RET FD | C | Dividend | | | Sold | 12/19/16 | M | A | |
| 42. ISHARES TR RUSSELL 1000 VALUE INDEX FD | D | Dividend | N | T | | | | | |
| 43. TROWE PRICE NEW ASIA FD | C | Dividend | M | T | | | | | |
| 44. PAYDEN & RYGEL INV GRP | D | Dividend | M | T | | | | | |
| 45. PRIMECAP ODYSSEY STK FUND | C | Dividend | M | T | | | | | |
| 46. GATEWAY FUND | C | Dividend | M | T | Sold (part) | 06/27/16 | M | A | |
| 47. GOTHAM ABSOLUTE RETURN FD | | None | | | Sold | 01/14/16 | M | A | |
| 48. PRUDENTIAL INV PORTFOLIOS | A | Dividend | | | Sold | 06/27/16 | L | A | |
| 49. CAPITAL PRIVATE CLIENT SVCS CAP | | None | | | Sold | 01/14/16 | M | A | |
| 50. DEUTSCHE X-TRACKERS MSCI EUROPE HEDGED EQUITY FD | C | Dividend | | | Sold | 06/27/16 | M | A | |
| 51. DEUTSCHE X-TRACKERS MSCI JAPAN HEDGED EQUITY FD | A | Dividend | | | Sold | 08/19/16 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. BROWN ADVISORY FDS JAPN ALPGA OPP | D | Dividend | | | Sold | 08/19/16 | L | A | |
| 53. JOHN HANCOCK LARGE CAP EQUITY FUND | C | Dividend | M | T | | | | | |
| 54. SPDR S&P 500 TRUST | C | Dividend | N | T | | | | | |
| 55. VANGUARD FTSE EUROPE ETF | B | Dividend | | | Sold | 08/19/16 | L | A | |
| 56. PARNASSUS INCOME TR CORE EQUITY FD | D | Dividend | M | T | | | | | |
| 57. SHIRE PLC | A | Dividend | | | Buy | 06/03/16 | L | | |
| 58. | | | | | Sold | 12/19/16 | L | A | |
| 59. STEELPATH MLP FDS OPPENHEIMER STEELPATH | D | Distribution | | | Buy | 08/19/16 | M | | |
| 60. | | | | | Buy (add'l) | 09/16/16 | L | | |
| 61. | | | | | Sold | 12/19/16 | N | B | |
| 62. WESTERN ASSET FDS INC CORE PLUS BD FD | D | Dividend | | | Buy | 03/29/16 | M | | |
| 63. | | | | | Buy (add'l) | 05/09/16 | M | | |
| 64. | | | | | Sold | 12/19/16 | N | A | |
| 65. TRANSAMERICA FDS, SHORT TERM BD | B | Dividend | | | Buy | 08/19/16 | N | | |
| 66. | | | | | Sold | 12/19/16 | N | A | |
| 67. TRANSAMERICA FDS, INTRM | D | Dividend | | | Buy | 02/22/16 | M | | |
| 68. | | | | | Buy (add'l) | 05/09/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/19/16 | N | A | |
| 70. PIMCO INCOME FD | D | Dividend | N | T | Buy | 06/27/16 | L | | |
| 71. | | | | | Buy (add'l) | 09/16/16 | M | | |
| 72. PIMCO SHORT TERM FD | | None | N | T | Buy | 12/19/16 | N | | |
| 73. INVESCO CORE PLUS BOND FUND | | None | N | T | Buy | 12/19/16 | N | | |
| 74. EATON VANCE MUN OPP FUND | A | Dividend | N | T | Buy | 12/19/16 | N | | |
| 75. HARTFORD MUN OPP FUND | A | Dividend | M | T | Buy | 12/19/16 | M | | |
| 76. DEUTSCHE CROCI INTL FUND | E | Dividend | N | T | Buy | 06/27/16 | M | | |
| 77. | | | | | Buy (add'l) | 08/19/16 | L | | |
| 78. | | | | | Buy (add'l) | 12/19/16 | N | | |
| 79. OCH-ZFF OZD II PRIVATE INVESTORS HEDGE FUND | D | Dividend | O | T | | | | | |
| 80. XSPRADA CORP SER B CONV PFD | | None | M | T | | | | | |
| 81. ALGEBRAIX DATA CORP | | None | N | T | | | | | |
| 82. BELLEVILLE NORTH VENTURE-BELLEVILLE, MI | A | Interest | M | U | Sold (part) | 07/01/16 | N | G | |
| 83. BELLEVILLE NORTH VENTURE-BELLEVILLE, MI | G | Distribution | L | U | | | | | |
| 84. HUNTINGTON GARDEN APTS.OAK PARK, MI | F | Rent | L | U | | | | | |
| 85. HUNTINGTON GARDEN APTS. | F | Distribution | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. LANCASTER HILLS APTS. CO.-SOUTHFIELD, MI | F | Rent | M | U | | | | | |
| 87. LANCASTER HILLS APTS. CO. | G | Distribution | M | U | | | | | |
| 88. FRANKEL-NODLEHS- BLOOMFIELD HILLS, MI | | None | K | U | | | | | |
| 89. BLOOMFIELD VILLAGE SQUARE-BLMFLD HILLS, MI | F | Distribution | J | U | | | | | |
| 90. BLOOMFIELD VILLAGE SQUARE-BLOOMFIELD HILLS, MI | G | Rent | J | U | | | | | |
| 91. BLOOMFIELD VILLAGE SQUARE-BLOOMFIELD HILLS, MI | B | Interest | J | U | | | | | |
| 92. BLOOMFIELD VILLAGE SQUARE-BLOOMFIELD HILLS, MI | A | Dividend | J | U | | | | | |
| 93. FERRIS PARK TOWERS-LANSING, MI | E | Rent | L | U | | | | | |
| 94. FERRIS PARK TOWERS | B | Interest | L | U | | | | | |
| 95. FERRIS PARK TOWERS | E | Distribution | L | U | | | | | |
| 96. BELLEVILLE NORTH MARSH-BELLEVILLE, MI VENTURE-BELLEVILLE, MI | A | Rent | L | U | | | | | |
| 97. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 98. DIXIE PROPERTIES-WATERFORD, MI | E | Rent | M | U | | | | | |
| 99. DIXIE PROPERTIES | E | Distribution | M | U | | | | | |
| 100. BLOOMFIELD PLAZA, LLC-BLOOMFIELD HILLS, MI | G | Rent | N | U | | | | | |
| 101. BLOOMFIELD PLAZA, LLC | A | Interest | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  BLOOMFIELD PLAZA, LLC | G | Distribution | N | U | | | | | |
| 103.  GGP OPERATING PARTNERSHIP- MULTI STATE | F | Rent | P2 | U | | | | | |
| 104.  GGP OPERATING PARTNERSHIP | D | Interest | P2 | U | | | | | |
| 105.  GGP OPERATING PARTNERSHIP | F | Dividend | P2 | U | | | | | |
| 106.  GGP OPERATING PARTNERSHIP | F | Distribution | P2 | U | | | | | |
| 107.  EATON NURSERY SALES- BIRMINGHAM, MI | E | Rent | K | U | | | | | |
| 108.  EATON NURSERY SALES | E | Distribution | K | U | | | | | |
| 109.  WOODFORD APT. HOTEL CO.- BLOOMFIELD HILLS, MI | C | Rent | K | U | | | | | |
| 110.  WOODFORD APT. HOTEL CO. | C | Distribution | K | U | | | | | |
| 111.  NORTH HILL CENTER, LLC- ROCHESTER, MI | F | Rent | N | U | | | | | |
| 112.  NORTH HILL CENTER, LLC. | A | Interest | N | U | | | | | |
| 113.  NORTH HILL CENTER, LLC | F | Distribution | N | U | | | | | |
| 114.  BLOOMFIELD PLAZA II LLC- BLOOMFIELD HILLS, MI | A | Interest | K | U | | | | | |
| 115.  BLOOMFIELD PLAZA II LLC- BLOOMFIELD HILLS, MI | F | Rent | K | U | | | | | |
| 116.  BLOOMFIELD PLAZA II LLC | F | Distribution | K | U | | | | | |
| 117.  DALLAS GROUP INVESTORS, LLC- TEXAS | D | Distribution | J | U | | | | | |
| 118.  THE PICKLE RECIPE, LLC-MICHIGAN | | None | | | Sold | 12/30/16 | K | E | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. MD ST & LOC FACS LN PUBLIC IMPS BOND | A | Interest | K | T | | | | | |
| 120. SALT RIVER PROJECT/ARIZONA BOND | | None | | | Matured | 01/04/16 | L | A | |
| 121. ST TAMMANY PARISH LA SCHOOL DISTRICT #12 BOND | A | Interest | | | Matured | 03/01/16 | K | A | |
| 122. CENTRAL BUCKS PA SCHOOL BOND | D | Interest | M | T | | | | | |
| 123. NY CITY TRANSITIONAL FIN AUTH REV FUTURE TAX BOND | C | Interest | L | T | | | | | |
| 124. FARGO, NORTH DAKOTA BOND | C | Interest | L | T | | | | | |
| 125. MO STATE BOARD OF PUBLIC SCHOOLS BOND | C | Interest | L | T | | | | | |
| 126. JOHNSON CNTY KANSAS INTERNAL IMPT UNLIMITED TAX BOND | C | Interest | L | T | | | | | |
| 127. CT STATE REVOLVING FD GEN REV BOND | C | Interest | L | T | | | | | |
| 128. SNOHMISH CNTY WA SCH DIST BOND | B | Interest | L | T | | | | | |
| 129. MEMPHIS TN REF-GEN UNLIMITED TAX BOND | B | Interest | L | T | | | | | |
| 130. RICHLAND WA WATERWORKS UTIL REV REF BOND | B | Interest | L | T | | | | | |
| 131. UNIV OF AL GEN REV BOND | B | Interest | L | T | | | | | |
| 132. NY STATE DORM AUTH ST PERS INC TAX REV REF-SER A BOND | B | Interest | L | T | | | | | |
| 133. MARSHALL MI SCHOOLS BOND DIST RFDG G/O BOND | B | Interest | L | T | Buy | 01/14/16 | L | | |
| 134. FRANKFORT ELBERTA MI AREA SCHLS RFDG G/O UNLTD BOND | C | Interest | N | T | Buy | 09/16/16 | N | | |
| 135. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  ▓▓▓ HOLDINGS: | | None | | | | | | | |
| 137.  EXXON/MOBIL CORP | A | Dividend | K | T | Sold (part) | 01/15/16 | J | A | |
| 138.  CATERPILLAR | A | Dividend | K | T | Sold (part) | 01/15/16 | J | A | |
| 139. | | | | | Buy (add'l) | 10/24/16 | J | | |
| 140. | | | | | Sold (part) | 11/09/16 | J | A | |
| 141.  APPLE | A | Dividend | K | T | Sold (part) | 02/11/16 | J | C | |
| 142.  COSTCO WHOLESALE | A | Dividend | K | T | Buy (add'l) | 08/25/16 | J | | |
| 143. | | | | | Sold (part) | 09/13/16 | J | A | |
| 144. | | | | | Sold (part) | 11/09/16 | J | A | |
| 145.  SSGA US GOV M/M FUND | A | Dividend | L | T | Sold (part) | 01/15/16 | M | A | |
| 146. | | | | | Sold (part) | 09/02/16 | M | A | |
| 147.  WALT DISNEY | A | Dividend | K | T | Buy (add'l) | 09/02/16 | J | | |
| 148. | | | | | Sold (part) | 11/09/16 | J | A | |
| 149.  BRISTOL MYERS SQUIBB | A | Dividend | K | T | Sold (part) | 01/04/16 | J | A | |
| 150. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 151. | | | | | Sold (part) | 10/10/16 | J | A | |
| 152.  UNION PACIFIC | A | Dividend | | | Sold | 01/15/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  CHURCH & DWIGHT | A | Dividend | | | Sold | 01/15/16 | J | A | |
| 154. | | | | | Sold | 11/10/16 | J | D | |
| 155.  AMERICAN WATER WORKS | A | Dividend | K | T | Sold (part) | 11/01/16 | J | B | |
| 156.  BOEING | A | Dividend | K | T | Sold (part) | 04/07/16 | J | D | |
| 157.  VISA | A | Dividend | K | T | Sold (part) | 06/27/16 | K | D | |
| 158. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 159. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 160.  FORD MOTOR CO | B | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 161. | | | | | Sold (part) | 06/27/16 | J | A | |
| 162. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 163.  HOME DEPOT | A | Dividend | K | T | Sold (part) | 01/15/16 | J | A | |
| 164. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 165. | | | | | Sold (part) | 09/13/16 | J | A | |
| 166.  PRUDENTIAL FINANCIAL | A | Dividend | | | Sold | 01/13/16 | K | B | |
| 167.  IBM | A | Dividend | | | Sold | 01/20/16 | J | A | |
| 168.  ECOLAB INC | A | Dividend | K | T | | | | | |
| 169.  JARDEN CORP | | None | | | Sold | 01/07/16 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170.  UNDER ARMOUR INC | | None | K | T | Sold (part) | 01/15/16 | J | A | |
| 171. | | | | | Sold (part) | 04/29/16 | J | A | |
| 172.  WHITEWAVE FOODS | | None | | | Sold | 01/15/16 | K | A | |
| 173.  LOCKHEED MARTIN | A | Dividend | K | T | Sold (part) | 04/05/16 | J | A | |
| 174.  THERMO FISHER SCIENTIFIC | A | Dividend | | | Sold | 01/15/16 | J | A | |
| 175.  ARM HOLDINGS PLC | | None | | | Sold | 02/11/16 | J | A | |
| 176.  PALO ALTO NETWORKS | | None | J | T | Sold (part) | 02/11/16 | J | A | |
| 177. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 178. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 179. | | | | | Sold (part) | 09/13/16 | J | A | |
| 180. | | | | | Sold (part) | 11/09/16 | J | A | |
| 181.  DOW CHEMICAL | A | Dividend | K | T | Sold (part) | 01/07/16 | K | A | |
| 182.  AMERCO | A | Dividend | | | Sold | 01/15/16 | J | A | |
| 183. | | | | | Sold | 04/06/16 | K | C | |
| 184.  AMAZON.COM | | None | K | T | Sold (part) | 01/15/16 | K | A | |
| 185. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 186. | | | | | Sold (part) | 09/13/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold (part) | 11/09/16 | J | A | |
| 188. | | | | | Sold (part) | 12/21/16 | J | A | |
| 189. HILTON WORLWIDE HOLDINGS INC | | None | | | Sold | 01/15/16 | J | A | |
| 190. | | | | | Sold | 02/09/16 | J | A | |
| 191. NETFLIX INC | | None | J | T | Sold (part) | 06/27/16 | J | A | |
| 192. STARBUCKS CORP | | None | | | Sold | 01/15/16 | J | A | |
| 193. CVS CORP | A | Dividend | | | Sold | 01/15/16 | J | A | |
| 194. | | | | | Sold | 04/25/16 | J | A | |
| 195. BOSTON PROPERTIES INC REIT | A | Dividend | | | Sold | 01/15/16 | J | A | |
| 196. | | | | | Sold | 06/02/16 | J | A | |
| 197. US BANCORP | A | Dividend | K | T | Sold (part) | 01/15/16 | J | A | |
| 198. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 199. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 200. | | | | | Sold (part) | 09/28/16 | J | A | |
| 201. BOSTON SCIENTIFIC | | None | | | Sold | 01/15/16 | J | A | |
| 202. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 203. | | | | | Sold | 09/13/16 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. RAYTHEON CO | A | Dividend | K | T | Sold (part) | 02/11/16 | K | B | |
| 205. ALPHABET INC. | | None | K | T | Sold (part) | 01/15/16 | J | A | |
| 206. | | | | | Sold (part) | 02/01/16 | J | A | |
| 207. FACEBOOK INC | | None | K | T | Sold (part) | 02/25/16 | J | A | |
| 208. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 209. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 210. | | | | | Sold (part) | 09/13/16 | J | A | |
| 211. SHERWIN WILLIAMS INC. | A | Dividend | J | T | Sold (part) | 01/06/16 | J | A | |
| 212. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 213. | | | | | Sold (part) | 11/09/16 | J | A | |
| 214. STEEL DYNAMICS INC. | | None | | | Sold | 06/27/16 | J | A | |
| 215. VULCAN MATERIALS CO | | None | | | Buy | 03/30/16 | J | | |
| 216. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 217. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 218. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 219. | | | | | Sold | 11/09/16 | K | B | |
| 220. T MOBILE US INC | | None | | | Sold | 03/24/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. NEXTERA ENERGY | A | Dividend | J | T | Buy | 01/25/16 | J | | |
| 222. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 223. | | | | | Sold (part) | 09/13/16 | K | B | |
| 224. COMCAST CORP | A | Dividend | K | T | Buy | 01/15/16 | K | | |
| 225. APACHE CORP | A | Dividend | K | T | Buy | 06/27/16 | K | | |
| 226. PIONEER NAT RESOURCES | A | Dividend | K | T | Buy | 01/15/16 | K | | |
| 227. WEYERHAUSER REIT | | None | K | T | Buy | 11/09/16 | K | | |
| 228. EDWARDS LIFESCIENCES | | None | J | T | Buy | 01/15/16 | J | | |
| 229. MEDTRONIC | | None | J | T | Buy | 06/27/16 | J | | |
| 230. HENRY SCHEIN INC | | None | J | T | Buy | 06/27/16 | J | | |
| 231. STRYKER CORP | A | Dividend | K | T | Buy | 01/15/16 | K | | |
| 232. HONEYWELL INTL | A | Dividend | K | T | Buy | 01/15/16 | K | | |
| 233. | | | | | Sold (part) | 02/11/16 | J | A | |
| 234. WASTE MANGEMENT | A | Dividend | K | T | Buy | 09/02/16 | J | | |
| 235. | | | | | Sold (part) | 11/09/16 | J | A | |
| 236. SOUTHWEST AIRLINES | | None | K | T | Buy | 09/02/16 | J | | |
| 237. BARRICK GOLD CORP | | None | K | T | Buy | 06/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 239. | | | | | Sold (part) | 12/22/16 | J | A | |
| 240. MONSANTO | A | Dividend | J | T | Buy | 05/19/16 | J | | |
| 241. | | | | | Sold (part) | 06/27/16 | J | A | |
| 242. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 243. | | | | | Sold (part) | 11/09/16 | J | A | |
| 244. ASTRAZENECA PLC | A | Dividend | | | Buy | 07/29/16 | J | | |
| 245. | | | | | Sold | 09/13/16 | J | A | |
| 246. ALLERGAN OLC | | None | | | Buy | 07/21/16 | J | | |
| 247. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 248. | | | | | Buy (add'l) | 10/24/16 | J | | |
| 249. | | | | | Sold | 12/01/16 | K | A | |
| 250. BP PLC | A | Dividend | | | Buy | 07/12/16 | J | | |
| 251. | | | | | Sold | 09/13/16 | J | A | |
| 252. HUNTINGTON INGALLS INDS | | None | | | Buy | 06/03/16 | J | | |
| 253. | | | | | Sold | 06/24/16 | J | A | |
| 254. KINDER MORGAN INC | | None | | | Buy | 02/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | | | Sold | 04/29/16 | J | A | |
| 256. COCA COLA CO | A | Dividend | | | Buy | 02/17/16 | J | | |
| 257. | | | | | Sold | 07/07/16 | J | A | |
| 258. MATTEL INC | A | Dividend | | | Buy | 02/04/16 | J | | |
| 259. | | | | | Sold | 06/24/16 | J | A | |
| 260. OCCIDENTAL PETROLEUM | | None | | | Buy | 04/13/16 | J | | |
| 261. | | | | | Sold | 04/26/16 | J | A | |
| 262. PFIZER INC | A | Dividend | | | Buy | 06/29/16 | J | | |
| 263. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 264. | | | | | Sold | 08/01/16 | J | A | |
| 265. TREEHOUSE FOODS INC | | None | | | Buy | 07/21/16 | J | | |
| 266. | | | | | Sold | 09/13/16 | J | A | |
| 267. PROSHARES ULTRA PRO S&P 500 ETF | | None | | | Buy | 05/11/16 | J | | |
| 268. | | | | | Sold | 05/31/16 | J | A | |
| 269. HESS CORP | A | Dividend | | | Buy | 01/26/16 | J | | |
| 270. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 271. | | | | | Sold (part) | 02/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. | | | | | Sold | 03/21/16 | J | A | |
| 273. | | | | | Buy | 05/11/16 | J | | |
| 274. | | | | | Sold | 06/07/16 | J | A | |
| 275. HANESBRANDS INC | A | Dividend | | | Buy | 02/04/16 | J | | |
| 276. | | | | | Buy (add'l) | 02/18/16 | J | | |
| 277. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 278. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 279. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 280. | | | | | Sold | 09/13/16 | J | A | |
| 281. PROGRESS ENERGY INC BOND | B | Interest | | | Matured | 01/15/16 | K | A | |
| 282. WYETH CORP BOND | D | Interest | M | T | | | | | |
| 283. JOHNSON &JOHNSON BOND | D | Interest | M | T | | | | | |
| 284. AIR PRODUCTS & CHEMICALS BOND | B | Interest | L | T | | | | | |
| 285. KRAFT FOODS INC BOND | B | Interest | | | Matured | 02/09/16 | L | A | |
| 286. HOME DEPOT INC. BOND | D | Interest | | | Matured | 02/01/16 | M | A | |
| 287. MONSANTO CO BOND | B | Interest | | | Matured | 04/15/16 | M | A | |
| 288. CENTERPOINT ENERGY BOND | C | Interest | | | Matured | 05/02/16 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. PROCTER & GAMBLE BOND | A | Interest | | | Sold | 07/22/16 | L | A | |
| 290. SNAP-ON INC. BOND | C | Interest | M | T | | | | | |
| 291. FORD MOTOR CREDIT BOND | C | Interest | | | Sold | 06/07/16 | M | B | |
| 292. BORG WARNER INC BOND | D | Interest | | | Sold (part) | 05/19/16 | L | A | |
| 293. | A | Interest | | | Sold | 06/07/16 | M | A | |
| 294. GE CAPITAL CORP BOND | B | Interest | M | T | Buy | 06/09/16 | M | | |
| 295. PEPSICO INC BOND | A | Interest | M | T | Buy | 03/16/16 | N | | |
| 296. JOHN DEERE CAP CORP BOND | | None | L | T | Buy | 12/28/16 | L | | |
| 297. COSTCO WHOLESALE CORP BOND | A | Interest | L | T | Buy | 03/15/16 | M | | |
| 298. COCA COLA CO BOND | A | Interest | L | T | Buy | 10/24/16 | L | | |
| 299. UNITED PARCEL SERVICE BOND | B | Interest | M | T | Buy | 03/15/16 | M | | |
| 300. COLGATE PALMOLIVE BOND | A | Interest | M | T | Buy | 05/05/16 | M | | |
| 301. PFIZER INC BOND | A | Interest | L | T | Buy | 05/05/16 | L | | |
| 302. CISCO SYSTEMS INC BOND | A | Interest | L | T | Buy | 05/05/16 | L | | |
| 303. WAL-MART STORES INC BOND | B | Interest | N | T | Buy | 05/05/16 | N | | |
| 304. ARTSPACE, INC., BIRMINGHAM, MI | | None | L | U | | | | | |
| 305. MERCURY PLAZA SHOPPING CENTER-MI | | None | K | U | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 306. CG&A CENTRAL MALL-OK,TX | A | Rent | J | U | | | | | |
| 307. CG&a CENTRAL MALL | A | Interest | J | U | | | | | |
| 308. LPC INVESTMENTS, LLC | E | Interest | P1 | U | | | | | |
| 309. LPC INVESTMENTS, LLC | A | Dividend | P1 | U | | | | | |
| 310. LPC ENTERPRISES | | None | J | U | | | | | |
| 311. 260 E BROWN ST ASSOC-BIRMINGHAM, MI | B | Rent | J | U | | | | | |
| 312. 260 E BROWN ST ASSOC | C | Distribution | J | U | | | | | |
| 313. LEDFORD APTS-TENN | A | Rent | J | U | | | | | |
| 314. LEDFORD APTS-TENN | F | Distribution | J | U | | | | | |
| 315. MOUNTAIN CREEK-TENN | A | Rent | K | U | | | | | |
| 316. JACKSON OVERLAND-MS | A | Rent | J | U | | | | | |
| 317. BAMAR GROUP-NY | A | Rent | J | U | | | | | |
| 318. BAMAR GROUP | A | Interest | J | U | | | | | |
| 319. CHELSMFORD-MA | A | Rent | K | U | | | | | |
| 320. CHELSMFORD | D | Distribution | K | U | | | | | |
| 321. DALLAS GRP INVESTORS, LLC-TX | C | Distribution | J | U | | | | | |
| 322. DALLAS GRP INVESTORS-TX | A | Rent | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323.  GL PODS ASSOC LLC-MI | A | Rent | K | U | | | | | |
| 324.  THE PICKLE RECIPE LLC-MI | | None | J | U | | | | | |
| 325.  ROCO MI INVESTORS LLC-MI | A | Rent | K | U | Buy | 01/01/16 | L | | |
| 326.  ROCO MI INVESTORS, LLC | D | Distribution | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ AVERN L. COHN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544